UNITED STATES COURT OF INTERNATIONAL TRADE
------------------------------------------------------------------ X
EASY FAT TRADING INC.,                                           :
                                                                :
     **Plaintiff,**                    :
                                                                :
     *v.*                              :          No. 26-02813
                                                                :
UNITED STATES,                                                  :
                                                                :
     **Defendant.**                    :
------------------------------------------------------------------ X

## COMPLAINT

Plaintiff Easy Fat Trading Inc., for its Complaint in this action, does hereby state and allege as follows:

## CAUSE OF ACTION

1. Plaintiff brings this action pursuant to Section 515 of the Tariff Act of 1930, as amended, 19 U.S.C. §1515, to challenge Customs' denial of plaintiff's protest against the classification, in liquidation, of certain soy sauces.

## JURISDICTION

2. This Court has exclusive subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

3. All liquidated duties, taxes and fees were paid prior to the commencement of this action.

## PARTIES

4. Plaintiff Easy Fat Trading Inc. is a United States corporation headquartered in Brooklyn, New York. It was the importer of record of the merchandise which is the subject of this action, and paid the liquidated duties, taxes and fees. It is the real party in interest in this action.

5.  Defendant United States of America is the Federal defendant. The denial of plaintiff's protest in this action was done by defendant's agency United States Customs and Border Protection, a unit of the Department of Homeland Security.

## STATEMENT OF FACTS

6.  The merchandise which is the subject of this action consists of certain soy sauces.

7.  Easy Fat Trading Inc. imports various soy-based sauces produced in Hong Kong, including but not limited to, Chee Hou Soy Sauce, Ground Bean Soy Sauce, Hoisin Soy Sauce, Bean Soy Sauce, Thick Soy Sauce, Double Dark Soy Sauce, and Soy Sauce.

8.  All of these sauces are soya based, but some contain additional ingredients such as molasses, rice vinegar and various flavorings.

9.  Chee Hou Soy Sauce is made by boiling soya bean and fermenting wheat flour. The wheat flour is further fermented with salt water for at least 30 days. The soya bean paste, the end product of soy sauce fermentation/aging, is boiled with sugar, rice vinegar, salted plum, salted lemon, sesame sauce, sesame seed oil, dehydrated garlic and spices. After grinding, filtering, hot filling and water activity checking, the sauce is packed and stored.

10. The Ground Bean Soy Sauce and the Hoisin Soy Sauce are processed in the same way as the Chee Hou Soy Sauce. For the Ground Bean Soy Sauce, the soya bean paste is cooked with brine, sugar, sesame seed oil and spices. As for the Hoisin Soy Sauce, the soya bean paste is cooked with salted chili, dehydrated garlic, sugar, rice vinegar, sesame seed oil and spices.

11. The Thick Soy Sauce is made with molasses cooked with water, sugar, salt and soy sauce, which is heated until boiled. After filtering, filling and water activity checking, it is packed and stored.

12. The Double Dark Soy Sauce is made by boiling molasses with salt water and soy sauce. Sedimentation occurs for at least 30 days. After sedimentation, dark soy sauce is mixed with soy sauce and boiled with caramel. After filtering, hot filing, and water activity checking, the sauce is packed and stored.

13. The Bean Soy Sauce is made by fermenting wheat flour with boiled soya bean. The combination is further fermented with salt water for at least 30 days. The soya bean paste is boiled with brine, sugar and sesame seed oil. After hot filing and water activity checking, the sauce is ready to be packed and stored.

14. The Dark Soy Sauce is made by boiling molasses with salt water and soy sauce. Sedimentation occurs for at least 30 days. Afterwards, the sauce is mixed with soy sauce and boiled. After filtering, hot filing and water activity checking, the sauce is packed and stored.

15. The Soy Sauce is made by boiling soya bean and fermenting with wheat flour for at least 30 days. After the separation of the soya bean paste and soy sauce, the soy sauce is filtrated, boiled and then sedimented. It is further fermented for at least 60 days. After sedimentation, the soy sauce is further boiled. Once filtering, hot filling and water activity checking is completed, the sauce is then packed and stored.

## COUNT I

16. Paragraphs 1 through 15 are incorporated by reference as though fully set forth herein.

17. Customs and Border Protection (CBP) classified the soy sauces in liquidation under subheading 2103.90.9091, Harmonized Tariff Schedule of the United States ("HTSUS"), a provision for "Sauces and preparations therefore; mixed condiments and mixed seasonings; mustard flour and meal and prepared mustard: Other: Other: Other." Goods so classifiable have a general rate of duty of 6.4%.

18. The essential characteristics of the soy sauce is preserved in each of the sauces. Each sauce has water, soybean, salt, and wheat flour as part of their ingredients. The additions to the sauces are simply to enhance the flavor of the sauces.

19. The soy sauces are properly classified under subheading 2103.10.0000, HTSUS, which provides for "Sauces and preparations therefore; mixed condiments and mixed seasonings; mustard flour and meal and prepared mustard: Soy sauce", and have a general rate of duty of 3%.

20. Because Plaintiff's sauces are essentially "soy sauces", they are more accurately classified under subheading 2103.10.0000 as "soy sauce".

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that this Court enter judgment in its favor an enter an order directing the appropriate Customs officer to reliquidate the subject entries of merchandise free of duty; and refunding to plaintiff all excess duties, taxes and fees, with interest as provided by law; and –

Providing plaintiff such further and additional relief as this Court may deem just and appropriate.

Respectfully submitted,

/s/ John M. Peterson
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
Sanzida Talukder
NEVILLE PETERSON LLP
*Counsel for Plaintiff*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

Dated:  April 17, 2026